MCGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
KATE L. SCARBOROUGH
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2739

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-06-95 KJM |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
|  | ) | VIOLATION AND ORDER |
| v. | ) |  |
| BRANDON J. SAMPLE, | ) |  |
|  | ) | DATE: March 28, 2006 |
| Defendant. | ) | TIME: 9:00 a.m. |
| _____ | ) | JUDGE: Hon. Kimberly J. Mueller |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing with prejudice CR. NO. S-06-95 KJM.

DATED: April 3, 2006                     MCGREGOR W. SCOTT
                                         United States Attorney

                                    By: /s/ Matthew C. Stegman
                                         MATTHEW C. STEGMAN
                                         Assistant U.S. Attorney

<u>ORDER</u>

IT IS SO ORDERED:

DATED: April 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE